## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROLANDO RODRIGUEZ-LARA, ) <br> ) <br> Defendant. ) | 8:05MJ108 <br><br> ORDER |

      **Before the court is Attorney Jessica L. Milburn's Motion to Withdraw [8] as counsel for the defendant.   On August 3, 2005, Attorney C.G. Jolly filed an Entry of Appearance of Counsel [7].  For that reason, the Motion to Withdraw [8] will be granted and Ms. Milburn will be deemed withdrawn as attorney of record.**

      **IT IS SO ORDERED.**

      **DATED this 8th day of August, 2005.**

      **BY THE COURT:**

      **s/ F. A. Gossett**
      **U.S. Magistrate Judge**